# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MCCALLA, JON P. | U.S. DISTRICT COURT | 07/09/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE (ACTIVE) | ☐ Nomination    Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

167 N. MAIN STREET
11TH FLOOR
MEMPHIS, TN 38103

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 07/09/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 07/09/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 1ST TN BANK - CHECKING/ SAVING, MEMPHIS, TN | A | Interest | J | T | | | | | |
| 2. MCCALLA FARMS, SHELBY CO, TN | B | Rent | K | R | | | | | |
| 3. SHS TRUSTMARK BANK COMMON | A | Dividend | K | T | Donated (part) | | | | |
| 4. FARM LAND #1, SHELBY COUNTY, TN 12/16/94 | B | Rent | K | Q | | | | | |
| 5. FARM LAND #2, SHELBY COUNTY, TN 11/28/94 | B | Rent | J | Q | | | | | |
| 6. FARM LAND #3, SHELBY COUNTY, TN 11/28/94 | B | Rent | J | Q | | | | | |
| 7. SHS TRUSTMARK BANK COMMON | C | Dividend | M | T | | | | | |
| 8. IRA-MORGAN STANLEY-AMERICAN FUNDS-NEW PERSPECTIVE | D | Dividend | M | T | | | | | |
| 9. IRA-MORGAN STANLEY-FLOWERS INDUSTRIES SHS COMMON | A | Dividend | | | Sold | 12/14/17 | J | B | |
| 10. SHS HANOVER INS | | None | | | Sold | 02/10/17 | J | B | |
| 11. AMERICAN FUNDS-INVESTMENT CO OF AMERICA | C | Dividend | K | T | | | | | |
| 12. AMERICAN FUNDS-AMERICAN NEW PERSPECTIVES FUND | B | Dividend | K | T | | | | | |
| 13. FRACTIONAL INTERESTS IN FARM LAND, SHELBY CO., TN | B | Rent | K | W | | | | | |
| 14. FRACTIONAL INTEREST IN FARM LAND, INHERITED, SHELBY CO, TN | B | Rent | L | W | | | | | |
| 15. IRA-MORGAN STANLEY-VAN KAMPEN FD- VAN KAMPEN GROWTH & INCOME | D | Dividend | L | T | | | | | |
| 16. IRA-MORGAN STANLEY-AMERICAN FUNDS-GROWTH FUND OF AMERICA | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 07/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. IRA-MORGAN STANLEY-ALLSTATE LIFE INS T-LINK ANNUITY | | None | M | T | | | | | |
| 18. IRA-MORGAN STANLEY-GENERAL ELECTRIC | A | Dividend | K | T | | | | | |
| 19. IRA-MORGAN STANLEY-HOTCHKIS & WILEY FD- LRG CAP VAL FDS CL C | A | Dividend | L | T | | | | | |
| 20. IRA-MORGAN STANLEY BANK-CASH | A | Interest | K | T | | | | | |
| 21. SHS TRUSTMARK BANK COMMON | A | Dividend | J | T | | | | | |
| 22. AMERICAN FUNDS-TAX EXEMPT BOND FUND CL C | B | Interest | K | T | | | | | |
| 23. IRA-MORGAN STANLEY-CALAMOS NEW MARKET NEUTRAL CL I | B | Dividend | L | T | | | | | |
| 24. IRA-MORGAN STANLEY-GROWTH FUND OF AMERICA CL FI | D | Dividend | L | T | | | | | |
| 25. IRA-MORGAN STANLEY-HOTCHKIS & WILEY LARGE CAP VAL CL I | C | Dividend | M | T | | | | | |
| 26. FIDELITY-CASH | A | Interest | K | T | | | | | |
| 27. FIDELITY-WESTERN ASSET MANAGED (ticker MMU) FUND | B | Dividend | K | T | | | | | |
| 28. IRA-INVESTMENT CO OF AMERICA | C | Dividend | K | T | | | | | |
| 29. IRA-HUSSMAN INVT STRATEGIC TOTAL RETURN | A | Dividend | | | Sold | 07/03/17 | L | A | |
| 30. IRA-GENERAL ELECTRIC | B | Dividend | K | T | | | | | |
| 31. IRA-FIDELITY ADV NEW INSIGHTS | D | Dividend | M | T | | | | | |
| 32. IRA-FIDELITY ADV STRATEGIC INCOME | A | Dividend | L | T | | | | | |
| 33. IRA-DOUBLELINE TOTAL RETURN BOND | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 07/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 34. IRA-AT&T | B | Dividend | K | T | | | | | |
| 35. IRA-CASH MORGAN STANLEY | A | Interest | J | T | | | | | |
| 36. IRA-TEMPLETON GLOBAL BOND | A | Dividend | K | T | | | | | |
| 37. NUVEEN TN MUNI BD | A | Interest | | | Sold | 02/10/17 | M | A | |
| 38. NUVEEN TN MUNI BD | B | Interest | | | Sold | 12/12/17 | K | A | |
| 39. FIDELITY-BLACKROCK MUNI INC QUALITY | B | Interest | K | T | | | | | |
| 40. FIDELITY-NUVEEN DIV ADVANTAGE MUNI | C | Interest | K | T | Sold (part) | 08/07/17 | M | A | |
| 41. FIDELITY-NUVEEN ATM FREE MUN CR INC FD | B | Interest | K | T | | | | | |
| 42. FIDELITY-ISHARES S&P 500 GROWTH ETF | A | Dividend | L | T | | | | | |
| 43. FIDELITY-ISHARES S&P 500 VALUE ETF | A | Dividend | K | T | | | | | |
| 44. FIDELITY-ISHARES CORE S&P 500 ETF | B | Dividend | M | T | | | | | |
| 45. FIDELITY-SECTOR SPDR TR SHS BEN INT CONSUMER STAPLES | A | Dividend | J | T | | | | | |
| 46. IRA-MORGAN STANLEY- FPA FDS TR CRESCENT PORTFOLIO | B | Dividend | M | T | | | | | |
| 47. SCHWAB-ASHFORD HOSPITAL 8.45% PFD | A | Interest | | | Sold (part) | 10/04/17 | J | A | |
| 48. | | | | | Sold (part) | 09/18/17 | J | A | |
| 49. | | | | | Sold | 12/08/17 | J | A | |
| 50. SCHWAB-MUNI MONEY FUND | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 07/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. SCHWAB-NORTHSTAR REA 8.25% | A | Interest | J | T | Sold (part) | 10/13/17 | J | A | |
| 52. SCHWAB-STAG INDL 6.25% | B | Interest | K | T | | | | | |
| 53. SCHWAB-SUMMIT HOTEL 7.7875% | B | Interest | | | Sold | 12/11/17 | K | A | |
| 54. SCHWAB-UMH PROPERTIES 8.25% PFD | A | Interest | | | Sold | 08/31/17 | J | A | |
| 55. IRREVBL TRUST U/A DTD 12/29/1999 DOD 8/23/2014 INCOME BENEFICIARY | | | | | | | | | |
| 56. -AT&T X | C | Dividend | M | T | | | | | |
| 57. -CHEVRON X | A | Dividend | J | T | | | | | |
| 58. -EXXON MOBIL X | A | Dividend | J | T | | | | | |
| 59. -WISDOMTREE TRUST EMERGING MKT EQT | B | Dividend | K | T | | | | | |
| 60. -FIRST TRUST DJ GL SEL DVD | B | Dividend | K | T | | | | | |
| 61. -SPDR S&P DIVIDEND | B | Dividend | K | T | | | | | |
| 62. -BLACKROCK INC | A | Dividend | K | T | | | | | |
| 63. -DOWDUPONT | A | Dividend | J | T | | | | | |
| 64. -CORNING INC | A | Dividend | K | T | | | | | |
| 65. -WALGREENS BOOTS ALLIANCE | A | Dividend | J | T | | | | | |
| 66. -ABBVIE INC | A | Dividend | J | T | | | | | |
| 67. -BOEING CO | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 07/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. -MORGAN STANLEY CASH ACCOUNT | A | Interest | J | T | | | | | |
| 69. -OLIN CORPORATION | A | Dividend | J | T | | | | | |
| 70. -ISHARES SMALL CAP 600G ETF | A | Dividend | K | T | | | | | |
| 71. -VISA INC CL A | A | Dividend | J | T | | | | | |
| 72. -VANGUARD MIDCAP GROWTH ETF | A | Dividend | K | T | | | | | |
| 73. -FIRST TR EXCHANGE TRADED FD VI | A | Dividend | K | T | | | | | |
| 74. -S&P 500 INDEX | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 75. -ISHARES CORE MSCI EAFE ETF | | None | K | T | Buy | 12/12/17 | J | | |
| 76. CONOCOPHILLIPS | A | Dividend | | | Sold | 12/12/17 | K | A | |
| 77. IRA-MORGAN STANLEY-JOHNSON & JOHNSON | B | Dividend | L | T | | | | | |
| 78. IRA-MORGAN STANLEY-SWEEP ACCOUNT | A | Interest | | | Closed | 12/31/17 | K | | |
| 79. MORGAN STANLEY BANK N.A. - MONEY MARKET X | A | Interest | L | T | | | | | |
| 80. FIRST TRUST MID CAP VALUE | A | Dividend | K | T | | | | | |
| 81. ISHARES SMALL CAP 600 ETF | A | Dividend | M | T | | | | | |
| 82. VANGUARD MID CAP VALUE ETF | A | Dividend | K | T | | | | | |
| 83. VANGUARD MID CAP GROWTH ETF | A | Dividend | K | T | | | | | |
| 84. MORGAN STANLEY-ADVISORSHARES WILSHIRE BUYBACK | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 07/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. MORGAN STANLEY BANK | A | Interest | J | T | | | | | |
| 86. MORGAN STANLEY BANK | A | Interest | J | T | | | | | |
| 87. FIDELITY-PROSHARES TRUST S&P 500 ETF | A | Dividend | L | T | | | | | |
| 88. FIDELITY-BERKSHIRE HATHAWAY INC DEL CL B NEW | | None | K | T | | | | | |
| 89. MORGAN STANLEY BANK | A | Interest | J | T | | | | | |
| 90. MORGAN STANLEY-POWERSHARES RUSSELL MIDCAP P | A | Dividend | K | T | | | | | |
| 91. MORGAN STANLEY-VANGUARD SAMLL CAP ETF | A | Dividend | J | T | | | | | |
| 92. MORGAN STANLEY-PALO ALTO NETWORKS INC | | None | J | T | | | | | |
| 93. MORGAN STANLEY-MOBILEYE NV | | None | | | Sold | 08/22/17 | K | D | |
| 94. MORGAN STANLEY-SALESFORCE COM INC | | None | K | T | | | | | |
| 95. MORGAN STANLEY-SPDR S&P DIVIDEND | B | Dividend | K | T | | | | | |
| 96. MORGAN STANLEY-CHEVRON CORP | A | Dividend | J | T | | | | | |
| 97. MORGAN STANLEY-JOHNSON & JOHNSON PREF RATE | A | Dividend | J | T | | | | | |
| 98. MORGAN STANLEY-APPLE INC PREF RATE | A | Dividend | J | T | | | | | |
| 99. IRA-VANGUARD HEALTH CARE EFT | A | Dividend | L | T | | | | | |
| 100. IRA-CONS DISCRET SEL SECT SPDR | A | Dividend | L | T | | | | | |
| 101. IRA-THE FINANCIAL SEL SECT SPDR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 07/09/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. IRA-THE TECHNOLOGY SEL SEC SPDR | A | Dividend | L | T | | | | | |
| 103. SCHWAB-RESOURCE CAP 8.625% PFD | B | Dividend | J | T | | | | | |
| 104. SCHWAB-CAPSTEAD MTG C 7.5% PFD | A | Dividend | J | T | | | | | |
| 105. SCHWAB-DFA US CORE EQUITY I PORT INSTL | E | Dividend | M | T | Buy (add'l) | 02/22/17 | K | | |
| 106. SCHWAB-URSTADT BIDD 7.125% PFD | B | Interest | | | Sold | 10/24/17 | K | A | |
| 107. SCHWAB-CEDAR REALTY 7.25% PFD | | None | | | Sold (part) | 08/16/17 | J | A | |
| 108. | | | | | Sold | 09/15/17 | J | A | |
| 109. IRA-MORGAN STANLEY-FIDELITY ADV ENERGY I | A | Dividend | K | T | | | | | |
| 110. IRA-MORGAN STANLEY-VANGUARD HEALTH CARE ETF | B | Dividend | L | T | | | | | |
| 111. IRA-MORGAN STANLEY-CONS DISCRET SEL SECT SPDR FD | B | Dividend | L | T | | | | | |
| 112. IRA-THE TECHNOLOGY SEL SEC SPDR | A | Dividend | L | T | | | | | |
| 113. IRA-MORGAN STANLEY-FIRST TR EX TRADED FD VI | B | Dividend | L | T | | | | | |
| 114. IRA-MORGAN STANLEY-KINDER MORGAN INCORP | A | Dividend | K | T | | | | | |
| 115. IRA-MORGAN STANLEY-PIMCO INCOME | D | Dividend | M | T | | | | | |
| 116. FIDELITY-NUVEEN AMT FREE QLTY UN INC | C | Interest | L | T | | | | | |
| 117. MORGAN STANLEY-BLACKROCK MUNI HLDG | B | Interest | K | T | Sold (part) | 04/18/17 | J | A | |
| 118. MORGAN STANLEY-EATON VANCE | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 07/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. MORGAN STANLEY-EV TABS INTERM-TERM MUNI | B | Interest | L | T | | | | | |
| 120. IRA-MORGAN STANLEY-BRANDES INTL SMALL CAP | B | Dividend | K | T | | | | | |
| 121. IRA-MORGAN STANLEY-UNDISCOVERED MNGR BHVRL VL SEL | A | Dividend | K | T | | | | | |
| 122. IRA-MORGAN STANLEY-LORD ABBETT SHT DURATION | B | Dividend | | | Sold | 07/11/17 | L | A | |
| 123. IRA-MORGAN STANLEY-T ROWE PRICE INTL DISCOVERY | C | Dividend | L | T | | | | | |
| 124. IRA-MORGAN STANLEY-HARDING LOEVNER INTL EQUITY | B | Dividend | L | T | | | | | |
| 125. IRA-MORGAN STANLEY-VANGUARD INDEX FDS S&P 500 | A | Dividend | L | T | | | | | |
| 126. IRA-MORGAN STANLEY-SELECT SECTOR SPDR TD ETF | A | Dividend | J | T | | | | | |
| 127. SCHWAB-BLUEROCK RESI 8.25% PFD | A | Interest | J | T | | | | | |
| 128. SCHWAB-A G N C INVES 7.75% PFD | B | Interest | K | T | | | | | |
| 129. SCHWAB-ANWORTH MTG 7.625% PFD | B | Interest | K | T | | | | | |
| 130. SCHWAB-COLONY CAPITAL 8.5% PFD | A | Interest | | | Sold | 06/23/17 | K | A | |
| 131. SCHWAB-CORENERGY INF 7.375% PFD | B | Interest | K | T | | | | | |
| 132. SCHWAB-ASHFORD HOSPITAL 8.55% PFD | B | Interest | | | Sold | 09/18/17 | K | A | |
| 133. SCHWAB-ASHFORD HOSPITAL 7.375% PFD | B | Interest | K | T | | | | | |
| 134. SCHWAB-DRIVE SHACK INV 8.05% PFD | B | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 07/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135. SCHWAB-DRIVE SHACK INV 8.375% PFD | B | Interest | K | T | | | | | |
| 136. SCHWAB-MONMOUTH REA 7.875% | A | Interest | | | Sold | 06/07/17 | J | A | |
| 137. SCHWAB-ANNALY CAPIT 7.625% PFD | B | Interest | K | T | | | | | |
| 138. SCHWAB-ISTAR INC 8% PFD | B | Interest | K | T | | | | | |
| 139. SCHWAB-ISTAR INC 7.5% PFD | B | Interest | K | T | | | | | |
| 140. SCHWAB-HERSHA HOSPITY 6.5% PFD | A | Interest | K | T | | | | | |
| 141. MORGAN STANLEY-ISHARES CORE S&P TOTAL US STOCK | A | Dividend | J | T | Buy | 03/22/17 | J | | |
| 142. MORGAN STANLEY-ISHARES CORE S&P TOTAL US STOCK | A | Dividend | J | T | Buy | 03/22/17 | J | | |
| 143. SCHWAB-CBL & ASSOC 7.375% PFD | A | Interest | J | T | Buy | 02/24/17 | J | | |
| 144. SCHWAB-RETAIL PPTY AMER 7% PFD | B | Interest | | | Buy | 02/24/17 | J | | |
| 145. | | | | | Buy (add'l) | 04/04/17 | J | | |
| 146. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 147. | | | | | Sold | 12/20/17 | K | A | |
| 148. SCHWAB-SUMMIT HOTEL 7.125% PFD | A | Interest | J | T | Buy | 02/24/17 | J | | |
| 149. SCHWAB-LANDMARK INFRAST 8% PFD | B | Interest | K | T | Buy | 07/03/17 | K | | |
| 150. SCHWAB-PEBBLEBROOK 6.375% PFD | B | Interest | K | T | Buy | 09/22/17 | K | | |
| 151. SCHWAB-CEDAR REALTY 6.5% PFD | C | Interest | L | T | Buy | 09/22/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 07/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. | | | | | Buy (add'l) | 10/27/17 | K | | |
| 153. SCHWAB-MONMOUTH REA 6.125% PFD | A | Interest | K | T | Buy | 09/29/17 | K | | |
| 154. SCHWAB-CYS INVESTMENT 7.5% PFD | A | Interest | J | T | Buy | 12/04/17 | J | | |
| 155. IRA-SCHWAB-CORENERTY INF 7.375% PFD | A | Interest | J | T | Buy | 09/05/17 | J | | |
| 156. IRA-SCHWAB-SUMMIT HOTEL 7.125% PFD | A | Interest | K | T | Buy | 09/05/17 | K | | |
| 157. IRA-SCHWAB-PEBBLEBROOK 6.375% PFD | A | Interest | K | T | Buy | 09/05/17 | K | | |
| 158. IRA-SCHWAB-UMH PROPERTIES 6.75% PFD | A | Interest | K | T | Buy | 09/05/17 | J | | |
| 159. IRA-SCHWAB-MONMOUTH REA 6.125% PFD | A | Interest | K | T | Buy | 09/05/17 | K | | |
| 160. FIDELITY-DODGE & COX | B | Dividend | K | T | Buy | 08/14/17 | K | | |
| 161. FIDELITY-ISHARES CORE S&P TOTAL US STOCK | A | Dividend | L | T | Buy | 08/14/17 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

SCHEDULE VII, LINE 2
1/3 INTEREST IN MCCALLA FARMS, SHELBY COUNTY, TENNESSEE WAS PURCHASED ON JULY 20, 1982 FOR $96,800.  THIS LAND IS IN AGRICULTURAL USE.

SCHEDULE VII, LINE 4
INHERITED AN UNDIVIDED 1/12 INTEREST IN FARM LAND IN SHELBY COUNTY, TENNESSEE, DATED 12/16/94.

SCHEDULE VII, LINES 5 & 6
RECEIVED AN UNDIVIDED 1/6 INTEREST IN FARM LAND AND AN UNDIVIDED 1/12 INTEREST IN FARM LAND LOCATED IN SHELBY COUNTY, TENNESSEE, DATED 11/28/94.

SCHEDULE VII, LINE 13
FRACTIONAL INTERESTS IN FARM LAND IN SHELBY COUNTY, TENNESSEE GIFTED IN 2000.

SCHEDULE VII, LINE 14
FRACTIONAL INTEREST IN FARM LAND IN SHELBY COUNTY, TENNESSEE INHERITED IN 1992

SCHEDULE VII, LINE 63
NAME CHANGE FROM DOW CHEMICAL TO DOWDUPONT

SCHEDULE VII, LINE 55
TRUST ESTABLISHED BY INHERITANCE FROM PARENT DOD 8/23/14

SCHEDULE VII, LINE 128
NAME WAS CHANGD FROM AMERN CAP AGY 7.75% PFD TO A G N C INVES 7.75% PFD

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ JON P. MCCALLA**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544